Certificate Number: 05781-CAN-DE-034546386

Bankruptcy Case Number: 20-40780


05781-CAN-DE-034546386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2020, at 7:35 o'clock AM PDT, Marco Gutierrez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: June 10, 2020         By: /s/Allison M Geving

                            Name: Allison M Geving

                            Title: President